FILED ELECTRONICALLY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CIVIL ACTION NO. _____**

ABDULLAH BHOLAT, KEVIN ANDERSON, JAMES
P. PRIMM, ROBERT PUCKETT and JOHN
HUMPHRIES

              PLAINTIFFS

v.

ROB WILLIAMS, individually as Paris Police Chief;
MAYOR MICHAEL THORNTON, individually as
Mayor of the City of Paris;
WALLIS BROOKS, individually as Commissioner of the
City of Paris;
STAN GALBRAITH, individually as Commissioner of
the City of Paris;
MATT PERRAULT, individually as Commissioner of
the City of Paris;
TIM GRAY, individually as Commissioner of the City of
Paris; and
CITY OF PARIS, KENTUCKY

              DEFENDANTS.

**NOTICE OF REMOVAL**

**\*\*\*\*\*\*\*\*\*\*\*\***

      The Defendants ROB WILLIAMS, individually as Paris Police Chief; MAYOR

MICHAEL THORNTON, individually as Mayor of the City of Paris; WALLIS BROOKS,

individually as Commissioner of the City of Paris; STAN GALBRAITH, individually as

Commissioner of the City of Paris; MATT PERRAULT, individually as Commissioner of the

City of Paris; TIM GRAY, individually as Commissioner of the City of Paris; and CITY OF

PARIS, KENTUCKY, by counsel, hereby remove the above-captioned action from the Bourbon

Circuit Court, Bourbon County, Kentucky, to the United States District Court for the Eastern

District of Kentucky, Central Division at Lexington, pursuant to 28 U.S.C. §§ 1331, 28 U.S.C. §

1441(a) & (c) and 28 U.S.C. § 1446.  The Plaintiffs, ABDULLAH BHOLAT, KEVIN ANDERSON, JAMES P. PRIMM, ROBERT PUCKETT and JOHN HUMPRIES, filed this civil action in the Bourbon Circuit Court, which is within the district and division of this Court, alleging, among other things, that defendants herein acted in violation of their rights under the First, Fifth and Fourteenth Amendments of the United States Constitution. Plaintiffs further allege that all allegations contained in their Complaint occurred in Bourbon County, Kentucky (*See* Complaint, attached hereto). Plaintiffs commenced this action on March 24, 2016, Civil Action No. 16-CI-00062, and the earliest date of service of process effectuated on any defendant was March 25, 2016 (*See* Kentucky Court of Justice record and Summons, attached hereto).

2.    28 U.S.C. § 1441(a) states that, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

3.    28 U.S.C. § 1331 provides the district court with original jurisdiction of civil actions "arising under the Constitution, laws, or treaties of the United States."

4.    Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441 because it is a civil action wherein the Plaintiffs alleges that their action arises under the laws of the United States.

5.    In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the Defendants in this action are filed together with this Notice of Removal.

6.    The Defendants expressly reserve their right to raise all defenses and objections in this action after the action is removed to this Court pursuant to Fed.R.Civ.P. 81(c), so that they have "(A) 21 days after receiving--through service or otherwise--a copy of the initial pleading

stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed" to responsively plead or otherwise plead to the Complaint.

7.      This Notice is filed with the Court within thirty (30) days after service of the Summons and Complaint on the Defendants in the above-entitled action as required by law.

WHEREFORE, Defendants pray that this action proceed in this Court as an action properly removed thereto.

Respectfully submitted,

___/s/*Charles D. Cole*_____
CHARLES D. COLE
BRYAN H. BEAUMAN
DERRICK T. WRIGHT
STURGILL, TURNER, BARKER & MOLONEY, PLLC
333 W. Vine Street, Suite 1500
Lexington, KY 40507
(859) 255-8581

ATTORNEYS FOR DEFENDANTS
ROB WILLIAMS, individually as Paris Police Chief; MAYOR MICHAEL THORNTON, individually as Mayor of the City of Paris; WALLIS BROOKS, individually as Commissioner of the City of Paris; STAN GALBRAITH, individually as Commissioner of the City of Paris; MATT PERRAULT, individually as Commissioner of the City of Paris; TIM GRAY, individually as Commissioner of the City of Paris; and CITY OF PARIS, KENTUCKY

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true copy of the foregoing has been mailed this 13th day of April, 2016, on the following:

Luke Morgan
Daniel E. Whitley, Sr.
McBrayer, McGinnis, Leslie & Kirkland, PLLC
201 E. Main Street, Suite 1900
Lexington, KY  40507
COUNSEL FOR PLAINTIFF

       /s/*Charles D. Cole*_____
ATTORNEY FOR DEFENDANTS
ROB WILLIAMS, individually as Paris Police Chief;
MAYOR MICHAEL THORNTON, individually as Mayor
of the City of Paris; WALLIS BROOKS, individually as
Commissioner of the City of Paris; STAN GALBRAITH,
individually as Commissioner of the City of Paris; MATT
PERRAULT, individually as Commissioner of the City of
Paris; TIM GRAY, individually as Commissioner of the
City of Paris; and CITY OF PARIS, KENTUCKY

x:\wdox\clients\62456\0424\pleading\00681528.docx